FILED
6-27-08
JUN 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 517 |
| | ) | |
| v. | ) | Honorable Susan E. Cox |
| | ) | |
| CARLOS GORDON | ) | UNDER SEAL |

## MOTION TO SEAL CRIMINAL COMPLAINT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves to seal the contents of the criminal complaint and affidavit in the above-captioned case. In support of this motion, the government states as follows:

1. The criminal complaint in this case charges the defendant with the offense of knowingly and intentionally possessing with intent to distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of "crack cocaine," a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). The U.S. Drug Enforcement Administration ("DEA") has gathered evidence and information in the case that has lead to additional investigations and, possibly, additional defendants.

2. If the filing of the criminal complaint became a matter of public record at this time the investigation and prosecution of other individuals associated with the defendant may be jeopardized.

3. This Court has authority to seal these materials under appropriate circumstances. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978); *In*

*Re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256 (9th Cir. 1979); *In Re September 1971 Grand Jury*, 454 F.2d 580 (7th Cir. 1971), *rev'd on other grounds; United States v. Webbe*, 791 F.2d 103, 106 (8th Cir. 1986).

WHEREFORE, the United States respectfully requests this Court to enter an order placing the criminal complaint and affidavit in the above-captioned case under seal for 30 days, until July 27, 2008, or until further order of this Court.

>Respectfully submitted,
>
>PATRICK J. FITZGERALD
>United States Attorney
>
>By: *[signature]*
>ANTHONY P. GARCIA
>Assistant United States Attorney
>219 S. Dearborn Street, 5th Floor
>Chicago, Illinois 60604
>Phone: (312) 469-6151
>Fax: (312) 353-4324

Date: June 27, 2008