UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 08 CR 517 |
| ) | |
| v. ) | Honorable Susan E. Cox |
| ) | |
| CARLOS GORDON ) | UNDER SEAL |

## ORDER

This matter having come before the Court on the motion of the government to place the criminal complaint and affidavit in the above-captioned case under seal,

IT IS HEREBY ORDERED that the criminal complaint and affidavit in the above-captioned case be placed under seal for 30 days, until July 27, 2008, or until further order of this Court.

ENTER:

Dated: 6-27-08  2:55p

SUSAN E. COX
United States Magistrate Judge