Order Form (01/2005)    Case 1:08-cr-00517   Document 5   Filed 06/27/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 517 | **DATE** | 6/27/2008 |
| **CASE TITLE** | United States of America vs. Carlos Gordon | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest 6/24/08. Defendant informed of his rights. Attorney Raymond Prusak is given leave to file his appearance as Defendant's retained counsel. Defendant to remain in custody pending preliminary examination and detention hearing set for 6/30/08 at 2:00 p.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 27 PM 5:03
FILED-ED