

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 517 - 1 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. Carlos Gordon | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to unseal the complaint.

*Docketing to mail notices.*

| | Courtroom Deputy Initials: | VKD |
|---|---|---|