**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08 CR- |
|---|---|---|
| U.S. v. Carlos Gordon | | 517 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS

Attorney for Defendant

| NAME (Type or print)  David P. Wiener |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/David P. Wiener |
| FIRM  Law Offices of David P. Wiener |
| STREET ADDRESS  53 W. Jackson Blvd., Suite 633 |
| CITY/STATE/ZIP  Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312 386-1393 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X☐    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X☐    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL X☐        APPOINTED COUNSEL ☐ | |