UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiffs, )<br>)<br>v. )<br>CARLOS GORDON )<br>)<br>Defendant ) | No. 08CR-517 |

## NOTICE OF MOTION

**To: AUSA Samuel Cole**
  **Office of the U.S. Attorney**
  **321 S. Dearborn**
  **Chicago, Illinois 60604**

Please take notice that on Friday August 15, 2008 at 9:45 PM or as soon thereafter as counsels may be heard, we will appear before The Honorable Judge Susan E. Cox in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, located at 219 S. Dearborn St, Chicago, Illinois, or before such other judge who may be sitting in her stead, and then and there present:

## MOTION TO EXPAND CONDITIONS OF RELEASE

| | |
|---|---|
| **John F. Wilk**<br>**7557 W. 63rd Street**<br>**Summit, Illinois 60501**<br>**(708) 496-1518** | **David Wiener**<br>**53 W. Jackson, Ste. 633**<br>**Chicago, Illinois 60604**<br>**(312) 386-1393** |

## CERTIFICATE OF SERVICE

John F. Wilk, an attorney, certifies that he has served the foregoing motion by delivering to the U.S. Mail in Chicago, Illinois on August 14, 2008 before 5:00 pm. A true copy has also been sent via fax to (312) 353-4322 on August 14, 2008. Before 5:00 PM.

_____
John F. Wilk