UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiffs ) | |
| ) | |
| v.  ) | No. 08CR- 517 |
| CARLOS GORDON ) | |
| Defendant ) | |

### MOTION TO EXPAND CONDITIONS OF RELEASE

   Now comes the defendant, CARLOS GORDON, by his attorneys David Wiener and John Wilk, and moves this Honorable Court to expand the conditions of his release. In support thereof, the defendant states the following:

1. The defendant is released on recognizance bond in the above-captioned matter.

2. A condition of that bond is that the defendant is placed on "Home Incarceration" and is allowed to leave the home only for medical treatment, religious services, and court appearances.

3. The defendant has, to date, met all the terms of his pre-trial release.

4. The defendant has recently retained the above-named attorneys as his counsel.

5. The defendant and his attorneys need to meet to discuss his representation, defense, and other relevant matters. The home incarceration restrictions make such meetings very difficult.

6. Converting the "Home Incarceration" requirement to "Home Detention" would allow defendant to leave his home to meet with his attorneys to actively participate in his defense in a more meaningful manner.

5 The defendant is aware of his duty to abide by the terms of his pre-trial release and will continue to abide by those terms.

Wherefore, the defendant respectfully requests this Honorable Court expand the terms of his pre-trial release to change the "Home Incarceration" provisions to the "Home Detention" provisions.

        Respectfully Submitted,


        _ss/John F. Wilk_____
        John F. Wilk
        Attorney for Defendant



John F. Wilk
Attorney at Law
7557 W. 63rd St.
Summit, Illinois 60501
(708) 496-1518

Case 1:08-cr-00517   Document 15   Filed 08/14/2008   Page 3 of 3