## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 517 - 1 | **DATE** | 8/15/2008 |
| **CASE TITLE** | USA vs. Carlos Gordon | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to expand conditions of release [15] is granted in part. Defendant's home incarceration status will be expanded to include permission to leave his residence for attorney meetings and for reasons to be approved by the Pretrial Services Officer.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | VKD |
|---|---|---|