UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 517 |
| v. | ) | Magistrate Judge Cox |
| | ) | |
| CARLOS GORDON | ) | |

**GOVERNMENT'S MOTION TO DISMISS
COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the complaint in the above-captioned case pursuant to Fed. R. Crim. P. 48(a).

Counsel for the government has spoken with counsel for the defendant and defendant's counsel has no objection to this motion.

                                          Respectfully submitted,

                                        **PATRICK J. FITZGERALD**
                                        United States Attorney

By:   *s/ Samuel B. Cole*
       **SAMUEL B. COLE**
       Assistant U.S. Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-4258

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S MOTION TO DISMISS
COMPLAINT WITHOUT PREJUDICE**

was served on August 27, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                      By:        *s/ Samuel B. Cole*
                                      SAMUEL B. COLE
                                      Assistant United States Attorneys
                                      219 South Dearborn
                                      Chicago, Illinois  60604
                                      (312) 252-4258

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 517 |
| v. | ) | Magistrate Judge Cox |
| | ) | |
| CARLOS GORDON | ) | |

**ORDER**

The government has requested that the Criminal Complaint in the above-referenced matter be dismissed without prejudice. The defendant does not object to the government's request.

IT IS HEREBY ORDERED THAT the Criminal Complaint in this matter be dismissed without prejudice.

SO ORDERED:

Susan E. Cox
United States Magistrate Judge

DATED: _____