## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 517 - 1 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Carlos Gordon | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss complaint without prejudice [17] is granted.  Enter Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

Case 1:08-cr-00517     Document 18     Filed 08/27/2008     Page 1 of 1

08CR517 - 1 USA vs. Carlos Gordon     Page 1 of 1